IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case No. 3:23-cr-249-HNJ |
| ) | |
| **ERIC W. WOODS** ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: **[16 U.S.C. § 470ee(a)]**

That on or about the 26th day of April, 2023, in Lauderdale County, within the Northern District of Alabama, the Defendant, **ERIC W. WOODS**, on public lands, that is lands owned and administered by the Tennessee Valley Authority, did knowingly and unlawfully excavate, remove, damage, alter, and deface an archaeological resource, that is a Native American artifact, all in violation of Title 16 United States Code Section 470ee(a).

PRIM F. ESCALONA
United States Attorney

_/s/ Michael Pillsbury_
MICHAEL R. PILLSBURY
Assistant United States Attorney